DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PREMIER AIRCRAFT SALES, INC.,** a Florida corporation,
Appellant,

v.

**LOUIS-PHILLIPE NOEL** and **JOEY THIFFAULT,**
Appellees.

No. 4D23-269

[July 27, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE22012069.

Jonathan A. Ewing and Jonathan Kasen of Aero Law Center, Fort Lauderdale, for appellant.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, Littky-Rubin & Whitman, LLP, Palm Beach Gardens, and Philip L. Valente, Jr., of Valente Law Firm, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***